# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 559 MAL 2020

                   Respondent     :

                                     :    Petition for Allowance of Appeal

                                     :    from the Order of the Superior Court

              v.                          :

                                     :

ALAN H. COBURN,                          :

                  Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.